UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE, individually and on behalf of all others similarly situated,<br><br>                      Plaintiff,<br><br>v.<br><br>SITUSAMC HOLDINGS CORPORATION,<br><br>                    Defendant. | Case No.:  26-cv-1258-RSH-DDL<br><br>**ORDER ON JOINT MOTION TO DISMISS**<br><br>[ECF No. 9] |

On April 30, 2026, the Parties filed a Joint Motion to Dismiss. ECF No. 9. The Motion satisfies the requirements of Rule 41(a)(1)(A)(ii) and is effective on filing. *See Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). The action, in its entirety, is hereby **DISMISSED WITHOUT PREJUDICE**. Each party is to bear its own fees and costs. The Clerk of Court is directed to close the case.

     **IT IS SO ORDERED**.

Dated: May 1, 2026

                                 *Robert S Huie*
                             ——————————————
                                Hon. Robert S. Huie
                                United States District Judge

26-cv-1258-RSH-DDL